UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES R. ALLEN and DIANE Z. ALLEN,
husband and wife, et al.,

    Plaintiffs, individually and
    as representatives of others
    similarly situated,

Lead Case No.
3:13-cv-00143-MCR-CJK

Member Case No.
3:13-cv-000582-MCR/CJK

v.

**PROPOSED CLASS ACTION**

UNITED SERVICES AUTOMOBILE
ASSOCIATION, et al.,

    Defendants.
_____/

**JOINT NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

JAMES R. ALLEN, DIANE Z. ALLEN, MATTHEW J. SCHALL and JUDITH A. SCHALL, the plaintiffs, pursuant to Rule 3(b), Federal Rules of Appellate Procedure, file this joint appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the District Court of the Northern District of Florida, Pensacola Division, rendered on July 7, 2014 [Doc. 82] denying Plaintiffs' Motion to Alter of Amend Judgment [Doc. 74] and the underlying Judgment rendered March 31, 2014 [Doc.73] and Order rendered March 30, 2014 [Doc. 72] granting USAA's Motion to Dismiss [Doc. 20].

The parties to the order appealed from and the names of their respective attorneys are as follows:

| | |
|---|---|
| James R. Allen | United Services Automobile Association |
| Diane Z. Allen | USAA Casualty Insurance Company |
| Matthew J. Schall | *Represented by* |
| Judith A. Schall | Wystan M. Ackerman, Esq. |
| *Represented by* | Stephen E. Goldman, Esq. |
| J. Nixon Daniel, III, Esq. | Charles F. Beall, Jr., Esq. |
| Russell F. Van Sickle, Esq. | Larry Hill, Esq. |
| Terrie L. Didier, Esq. | |

Dated: July 30, 2014.

/s/Terrie L. Didier_____
**J. NIXON DANIEL, III**
Florida Bar No. 228761
Email: JND@beggslane.com
**RUSSELL F. VAN SICKLE**
Florida Bar No. 967289
Email: rfv@beggslane.com
**TERRIE L. DIDIER**
Florida Bar No.: 0989975
Email: TLD@beggslane.com
**BEGGS & LANE**
501 Commendencia Street (32502)
P.O. Box 12950
Pensacola, FL  32591-2950
Telephone: (850) 432-2451
Facsimile: (850) 469-3331

Attorneys for Plaintiffs/Appellants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have electronically filed the foregoing Joint Notice of Appeal this 30th day of July, 2014 with the Clerk of the Court using the CM/ECF system which will send notification of such filing the following:

Wystan M. Ackerman, Esq.
wackerman@rc.com
Stephen E. Goldman, Esq.
sgoldman@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Charles F. Beall, Jr., Esq.
cbeall@mhw-law.com
Larry Hill, Esq.
lhill@mhw-law.com
Moore, Hill & Westmoreland, P.A.
P.O. Box 13290
Pensacola, FL  32591-3290

Attorneys for Defendants/Respondents


/s/Terrie L. Didier_____
**TERRIE L. DIDIER**
Florida Bar No. 0989975