# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 24, 2015

Jessica Lyublanovits
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 14-13478-FF
Case Style: James Allen, et al v. United Services Auto. Assoc.
District Court Docket No: 3:13-cv-00143-MCR-CJK

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit
_____

No. 14-13478
_____

District Court Docket No.
3:13-cv-00143-MCR-CJK

JAMES R. ALLEN,
DIANE Z. ALLEN,
MATTHEW J. SCHALL,
JUDITH A. SCHALL,
Husband and Wife Individually and as Representatives
of Others Similarly Situated,

           Plaintiffs - Appellants,

versus

USAA CASUALTY INSURANCE COMPANY,
A Texas Corporation,

           Defendant,

UNITED SERVICES AUTOMOBILE ASSOCIATION,
A Texas Reciprocal Inter-Insurance Exchange
and Unincorporated Association,

           Defendant - Appellee.
_____

Appeal from the United States District Court for the
Northern District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 25, 2015
For the Court: Douglas J. Mincher, Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 07/24/2015**